UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMON RICKS, | Crim. Action No. 14-4079 (FLW) |
| Plaintiff, | **ORDER** |
| v. | |
| DETECTIVE JAMES UDIJOHN, ET AL., | |
| Defendants. | |

**THIS MATTER** having been opened to the Court by the July 7, 2016 Report and Recommendation of Magistrate Judge Lois Goodman, recommending that this Court dismiss *pro se* Plaintiff Ramon Ricks' ("Plaintiff") Complaint with prejudice for failure to comply with Court orders and failure to prosecute, pursuant to Fed. R. Civ. P. 37(b)(2) and 41(b), as well as by Paul Richard Adezio, Esq., counsel for the Defendants Detective James Udijohn, Detective James Nizolak, Detective Bill Perez, and Sheriff's Officer CJ McKenna ("Defendants"), on a motion for summary judgment; it appearing that, pursuant to L. R. Civ. P. 72.1(c)(2), Plaintiff does not object to the Report and Recommendation, and that, pursuant to Fed. R. Civ. P. 56(e) and L. R. Civ. P. 56.1(a), Plaintiff does not oppose Defendants' motion; it further appearing that Defendants, through a July 21, 2016 letter brief, concur with the findings of the Report and Recommendation and request that Plaintiff's Complaint be dismissed with prejudice; the Court having considered the findings of the Magistrate Judge and the submissions of the Defendants; Plaintiff having made no submissions after having been afforded multiple opportunities to have done so; pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date; and for good cause shown;

2

**IT IS** this 4th Day of January, 2017,

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to comply with Court orders pursuant to Fed. R. Civ. P. 37(b)(2), and for failure to prosecute pursuant to Fed. R. Civ. P. 41(b);

**ORDERED** that Defendants' motion for summary judgment is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is hereby directed to close this case.

    /s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge